UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS CANTY, derivatively on behalf of LULULEMON ATHLETICA INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE MCCORMICK DAY, DENNIS J. WILSON, JOHN E. CURRIE, SHEREE WATERSON, MARTHA A.M. MORFITT, MICHAEL CASEY, ROBERT BENSOUSSAN, ROANN COSTIN, WILLIAM GLENN, RHODA M. PITCHER, THOMAS G. STEMBERG, JERRY STRITZKE and EMILY WHITE, <br><br> Defendants, <br><br> and <br><br> LULULEMON ATHLETICA INC., <br><br> Nominal Defendant. | Civil Action No. 13 CIV 5629 (KPF) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: OCT 2 5 2013 |

The motion of Brett D. Stecker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

Applicant's Name: Brett D. Stecker

Firm Name: The Weiser Law Firm, P.C.

Address: 22 Cassatt Avenue

City/State/Zip: Berwyn, PA 19312

Telephone/Fax: 610-225-2677

Email Address: bds@weiserlawfirm.com

1

Applicant having requested admission *Pro Hac Vice* to appear for all purposes for plaintiff, Thomas Canty, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 21, 2013

_____
United States District ~~Magistrate~~ Judge